## POMPEI RESTAURANT, INC., ET AL. *v.* DEPARTMENT OF LIQUOR CONTROL ET AL.
## (10146)

DALY, FOTI and LAVERY, Js.

Argued January 14—decision released January 28, 1992

*Frank A. Leone,* with whom, on the brief, was *Dennis C. LaGanza,* for the appellants (plaintiffs).

*Robert F. Vacchelli,* assistant attorney general, with whom, on the brief, was *Richard Blumenthal,* attorney general, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.